| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | WILLIAM F. MURPHY (STATE BAR. NO. 82482) |
| 2 | J. CROSS CREASON (STATE BAR NO. 209492) |
| | 225 Bush Street, 6th Floor |
| 3 | San Francisco, California 94104-4207 |
| | Telephone:   (415) 397-2700 |
| 4 | Facsimile:    (415) 397-3300 |
| 5 | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| | ELIOT LAUER (Pro Hac Vice) |
| 6 | JACQUES SEMMELMAN (Pro Hac Vice) |
| | MICHAEL R. GRAIF (Admitted in the Northern District) |
| 7 | 101 Park Avenue |
| | New York, N.Y. 10178 |
| 8 | Telephone:   (212) 696-6000 |
| | Facsimile:    (212) 697-1559 |
| 9 | |
| 10 | Attorneys for Defendants Stanford Financial Group Company and Stanford Group Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | Case No. C-08-04950 CRB |
| Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| v. | Local Rule 6-1(a) |
| STANFORD FINANCIAL GROUP COMPANY, AND STANFORD GROUP COMPANY, | |
| Defendants. | |

Pursuant to Local Rule 6-1(a), the parties to the above-entitled action, by and through their counsel of record, hereby stipulate to extend the time within which Defendants Stanford Financial Group Company and Stanford Group Company must answer or otherwise respond to the Complaint from December 4, 2008 to December 19, 2008. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

//

//

Page 1 - STIP/ORDER ETENDING TIME TO RESPOND TO COMPLAINT    Case No. C-08-04950 CRB

| | | |
|---|---|---|
| 1 | Dated: November 25, 2008 | Dated: November 25, 2008 |
| 2 | | |
| 3 | BINGHAM MCCUTCHEN LLP | DILLINGHAM & MURPHY, LLP |

By: _____
Mit Winter, Esq.
BINGHAM McCUTCHEN LLP
Attorneys for Plaintiff
The Board Of Trustees Of The Leland
Stanford Junior University

By: _____
William F. Murphy
DILLINGHAM & MURPHY, LLP

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

Attorneys for Defendants
Stanford Financial Group
Company and Stanford
Group Company

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 - STIP/ORDER ETENDING TIME TO RESPOND TO COMPLAINT    Case No. C-08-04950 CRB