| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>WILLIAM F. ABRAMS (CA SBN 88805) |
| 2 | MIT WINTER (CA SBN 238515)<br>JEANNE SHEAHAN (CA SBN 253875) |
| 3 | 1900 University Avenue<br>East Palo Alto, CA 94303-2223 |
| 4 | Telephone: 650.849.4400<br>william.abrams@bingham.com |
| 5 | |
| 6 | Attorneys for Plaintiff<br>The Board of Trustees of The Leland Stanford Junior University |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Board of Trustees of The Leland Stanford Junior University,<br><br>    Plaintiff,<br><br>    v.<br><br>Stanford Financial Group Company and Stanford Group Company,<br><br>    Defendants. | No. 3:08-cv-04950 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES FROM JANUARY 9, 2009 TO JANUARY 30, 2009 ON PENDING MOTIONS TO STAY AND TO DISMISS IN PART AND TO STAY IN PART**<br><br>Existing Date: January 9, 2009<br>Stipulated Date: January 30, 2009<br>Time: 10:00 a.m.<br>Ctrm: 8<br><br>Hon. Charles R. Breyer |

Pursuant to Civil L.R. 7-7(a) and the Court's Standing Order, all parties to this action, by and through their respective counsel or record, hereby stipulate as follows:

Plaintiff, The Board of Trustees of The Leland Stanford Junior University and Defendants Stanford Financial Group Company and Stanford Group Company wish to accommodate the schedules of counsel for the parties for the hearings on the pending Motion to Stay filed by Defendant Stanford Group Company and the pending Motion to Dismiss in Part and to Stay in Part filed by Defendant Stanford Financial Group Company and filing oppositions and replies to those motions;

Case No. 3:08-cv-04950 CRB

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES

A/72790874.1/2004678-0000332067

1    NOW THEREFORE, IT IS SO STIPULATED between the parties that the hearing dates for defendant Stanford Group Company's pending Motion to Stay and defendant Stanford Financial Group Company's pending Motion to Dismiss In Part and To Stay In Part, both currently set for January 9, 2009, be heard on **January 30, 2009**, with opposition and reply dates to run from the later, re-scheduled date pursuant to Civil L.R. 7-3.

DATED: December 18, 2008

                             Bingham McCutchen LLP

                             By: _____
                             Mit Winter
                             Bingham McCutchen LLP

                             Attorneys for Plaintiff
                             The Board of Trustees of The Leland
                             Stanford Junior University

DATED: December 18, 2008

                             Dillingham & Murphy LLP

                             By: _____
                             William F. Murphy
                             Dillingham & Murphy, LLP

                             Curtis, Mallet-Prevost, Colt & Mosle LLP

                             Attorneys for Defendants Stanford
                             Financial Group Company and Stanford
                             Group Company

1  NOW THEREFORE, IT IS HEREBY ORDERED THAT:

2

3  Defendants' Motions to Stay and to Dismiss in Part and to Stay in Part, set for hearing on

4  January 9, 2009, are re-scheduled for hearing at 10:00 a.m. in Courtroom 8 on **January 30,**

5  **2009,** with opposition and reply deadlines to be based on the re-scheduled date.

6

7  DATED:   December 19, 2008

The Honorable Charles R. Breyer
UNITED STATES DISTRICT

IT IS SO ORDERED

Judge Charles R. Breyer