1 Bingham McCutchen LLP
  WILLIAM F. ABRAMS (CA SBN 88805)
2 MIT WINTER (CA SBN 238515)
  1900 University Avenue
3 East Palo Alto, CA  94303-2223
  Telephone:  650.849.4400
4 william.abrams@bingham.com

5 Attorneys for Plaintiff
  The Board of Trustees of The Leland Stanford Junior
6 University

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | The Board of Trustees of The Leland Stanford Junior University, | No. 3:08-cv-04950 CRB |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES ON PENDING MOTIONS FROM MARCH 20, 2009 TO MAY 22, 2009 AND SETTLEMENT CONFERENCE FROM MARCH 12, 2009 TO MAY 11, 2009** |
| 13 | v. | |
| 14 | Stanford Financial Group Company and Stanford Group Company, | |
| 15 | | |
| 16 | Defendants. | Pending Motions:<br>Existing Date: March 20, 2009<br>Stipulated Date: May 22, 2009<br>Time: 10:00 a.m. |
| 17 | | |
| 18 | | Ctrm: 8 |
| 19 | | Hon. Charles R. Breyer |
| 20 | | Settlement Conference:<br>Existing Date: March 12, 2009 |
| 21 | | Stipulated Date: May 11, 2009<br>Time: 9:00 a.m. |
| 22 | | Ctrm: G |
| 23 | | Magistrate Judge Bernard Zimmerman |
| 24 | | |

25    Pursuant to Civil L.R. 7-7(a) and the Court's Standing Order, all parties to this action, by

26 and through their respective counsel or record, hereby stipulate as follows:

27    On February 17, 2009, the Securities and Exchange Commission (the "SEC") filed a

28 complaint in the United States District Court for the Northern District of Texas alleging

Case No. 3:08-cv-04950 CRB

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES

A/72850230.2/2004678-0000332067

1  securities fraud against defendant Stanford Group Company ("Stanford Group") and related
2  companies and persons, including Stanford International Bank, Ltd., Stanford Capital
3  Management, LLC, R. Allen Stanford, James M. Davis, and Laura Pendergest-Holt.  The SEC
4  also filed (1) a motion for temporary restraining, order freezing assets, order requiring an
5  accounting, order requiring preservation of documents and order authorizing expedited discovery
6  and (2) a motion to appoint a receiver.  That same day, the District Court granted the temporary
7  restraining order (attached hereto as Exhibit A) and entered an order appointing a receiver
8  (attached hereto as Exhibit B).
9      In view of the temporary restraining order and the order appointing a receiver,
10 Defendants Stanford Financial Group Company ("Stanford Financial") and Stanford Group have
11 requested that the existing hearing dates in this matter be continued to allow the receiver time to
12 determine how it wishes to proceed.  Plaintiff The Board of Trustees of The Leland Stanford
13 Junior University concurs with this request, and the parties wish to schedule a status conference
14 with the Court in approximately 30 days to report on the case status.  Specifically, the hearing
15 date of Defendants' five pending motions and the scheduled settlement conference would be
16 continued for approximately sixty days so that the receiver has adequate time to consider how it
17 wishes to proceed in this case on behalf of the Defendants.  Additionally, the Court would
18 schedule a Case Management Conference for March 20, 2009, with a Joint Case Management
19 Conference Statement due by March 13, 2009.  The parties will update the Court as to the status
20 of the SEC action and the receivership, and discuss how they suggest the case should proceed.
21     NOW THEREFORE, IT IS SO STIPULATED between the parties that there is good
22 cause for the Court to enter an order resetting the hearing dates for Stanford Financial Group
23 Company's Motion to Dismiss in Part for Lack of Personal Jurisdiction (Doc. No. 57), Stanford
24 Group Company's Motion to Dismiss the First Amended Complaint For Failure to State a Claim
25 on Which Relief Can be Granted (Doc. No. 62), Stanford Financial Group Company's Motion for
26 Judgment on the Pleadings and to Dismiss the First Amended Complaint (Doc. No. 66), Stanford
27 Financial Group Company's Motion to Dismiss a Portion of the First Amended Complaint for
28 Lack of Subject-Matter Jurisdiction (Doc. No. 74), and Stanford Financial Group Company's

1  Motion for Partial Summary Judgment (Doc. No. 80), which are all currently set for March 20,

2  2009, to **May 22, 2009**, with opposition and reply dates to run from the later, re-scheduled date

3  pursuant to Civil L.R. 7-3.

4      IT IS FURTHER STIPULATED that a Case Management Conference be scheduled on

5  March 20, 2009, with a Joint Case Management Conference Statement due by March 13, 2009.

6      IT IS FURTHER STIPULATED that the Settlement Conference before Magistrate Judge

7  Bernard Zimmerman, which is currently set for March 12, 2009, be re-scheduled to a date

8  available to Magistrate Judge Zimmerman, approximately on or about **May 11, 2009**.

10  DATED: February 19, 2009

                                                   Bingham McCutchen LLP

                                                   By: /s/ William F. Abrams
                                                       William F. Abrams
                                                       Bingham McCutchen LLP

                                                       Attorneys for Plaintiff
                                                       The Board of Trustees of The Leland
                                                       Stanford Junior University

19  DATED: February 19, 2009

                                                     Dillingham & Murphy LLP

                                                 By: /s/ William F. Murphy
                                                     William F. Murphy
                                                     Dillingham & Murphy, LLP

                                                       Curtis, Mallet-Prevost, Colt & Mosle LLP

                                                       Attorneys for Defendants Stanford
                                                      Financial Group Company and Stanford
                                                      Group Company

1  **NOW THEREFORE, IT IS HEREBY ORDERED THAT** Stanford Financial Group Company's Motion to Dismiss in Part for Lack of Personal Jurisdiction (Doc. No. 57), Stanford Group Company's Motion to Dismiss the First Amended Complaint For Failure to State a Claim on Which Relief Can be Granted (Doc. No. 62), Stanford Financial Group Company's Motion for Judgment on the Pleadings and to Dismiss the First Amended Complaint (Doc. No. 66), Stanford Financial Group Company's Motion to Dismiss a Portion of the First Amended Complaint for Lack of Subject-Matter Jurisdiction (Doc. No. 74), and Stanford Financial Group Company's Motion for Partial Summary Judgment (Doc. No. 80), set for hearing on March 20, 2009, are re-scheduled for hearing at 10:00 a.m. in Courtroom 8 on **May 22, 2009**, with opposition and reply deadlines to be based on the re-scheduled date.

**IT IS FURTHER ORDERED THAT** a Case Management Conference is set for 8:30 a.m. in Courtroom 8 on **March 20, 2009**. The parties are ordered to file a Joint Case Management Conference Statement by **March 13, 2009**.

**IT IS FURTHER ORDERED THAT** the Settlement Conference before Magistrate Judge Bernard Zimmerman, which is currently set for March 12, 2009, is re-scheduled for **May 11, 2009,** at 9 a.m. in Courtroom G, or for such other date as may be available and convenient to the Magistrate Judge, the parties and their counsel prior to May 22, 2009.

DATED:   February 20, 2009

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

Case No. 3:08-cv-04950 CRB           4

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES

A/72850230.2/2004678-0000332067

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, William F. Abrams, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of February, 2009, at East Palo Alto, California.

DATED:  February 19, 2009         BINGHAM MCCUTCHEN LLP

                                  By:         /s/ William F. Abrams
                                              William F. Abrams
                                            Bingham McCutchen LLP
                                            Attorneys for Plaintiff
                                    The Board of Trustees of The Leland Stanford
                                                Junior University

**PROOF OF SERVICE**

I hereby certify that on February 19, 2009, I caused a true and correct copy of the document entitled STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES ON PENDING MOTIONS FROM MARCH 20, 2009 TO MAY 22, 2009 AND SETTLEMENT CONFERENCE FROM MARCH 12, 2009 TO MAY 11, 2009, to be electronically filed in accordance with Civil L.R. 5-5(b) and General Order No. 45. Accordingly, all counsel of record who are deemed to have consented to electronic service were served with true and correct copies of the above documents via the Court's CM/ECF system. All counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the above document via U.S. Mail, addressed as follows:

Eliot Lauer, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
212-696-6000 (phone)
212-697-1559 (fax)

Jacques Semmelman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
212-696-6000 (phone)
212-697-1559 (fax)

Michael Graif, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
212-696-6000 (phone)
212-697-1559 (fax)

DATED: February 19, 2009

/s/ William F. Abrams
William F. Abrams