1  Bingham McCutchen LLP
   WILLIAM F. ABRAMS (CA SBN 88805)
2  MIT WINTER (CA SBN 238515)
   1900 University Avenue
3  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
4  william.abrams@bingham.com

5  Attorneys for Plaintiff
   The Board of Trustees of The Leland Stanford Junior
6  University

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | The Board of Trustees of The Leland Stanford Junior University, | No. C-08-04950-CRB
12 |                                                                 | [PROPOSED] ORDER TO SHOW CAUSE
   |                    Plaintiff,                                   |
13 |            v.                                                   | Date:      April 24, 2009
14 | Stanford Financial Group Company and Stanford Group Company,    | Time:      10:00 a.m.
   |                                                                 | Courtroom: 8, 19th Floor
15 |                                                                 | Judge:     Hon. Charles R. Breyer
   |                    Defendants.                                  |

16    The Court has been informed by counsel for Plaintiff Stanford University ("Stanford")
17 that a Receiver was appointed by the Northern District of Texas in the case of *SEC v. Stanford
18 International Bank, Ltd., et. al.*, No. 3-09-cv-0298-L to exercise control and possession of the
19 Defendants' assets. Document. No. 98. The Court is further informed that the Receiver for
20 Defendants asserts that, as a result of orders entered by the Northern District of Texas, an
21 injunction in that case purports to stay this action and bar further proceedings in this action.
22    Having been informed of the Receiver's position, and because the Receiver has yet to
23 enter an appearance before the Court on behalf of the Defendants, and because Stanford asserts
24 that this case should proceed and that it is prejudiced by further delay, it is hereby ORDERED
25 that the Receiver is to appear before this Court on April 24, 2009 at 10:00 a.m. to show cause
26 and explain its contention that further proceedings in this action are barred and why this action
27 should not proceed. The Receiver and Stanford are directed to file a Joint Case Management
28

Case No. 3:08-cv-04950 CRB

[PROPOSED] ORDER TO SHOW CAUSE

A/72914056.1/2004678-0000332067

1  Conference Statement stating their respective positions and other matters provided by Local Rule
2  16-9 on or before April 17, 2009. Stanford is ordered to serve written notice of this Order to
3  counsel of record for the Receiver in the Northern District of Texas on or before March 25, 2009,
4  and to file proof of service by March 31, 2009.

6  Dated: March 25 2009.

IT IS SO ORDERED

Judge Charles R. Breyer