1  Bingham McCutchen LLP
   WILLIAM F. ABRAMS (CA SBN 88805)
2  MIT WINTER (CA SBN 238515)
   1900 University Avenue
3  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
4  william.abrams@bingham.com

5  Attorneys for Plaintiff
   The Board of Trustees of The Leland Stanford Junior
6  University

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  The Board of Trustees of The Leland Stanford        No. 3:08-cv-04950 CRB
    Junior University,
12                                                      STIPULATION AND [PROPOSED]
                        Plaintiff,                      ORDER EXTENDING TIME TO
13           v.                                         RESPOND TO DEFENDANT
                                                        STANFORD GROUP COMPANY'S
14  Stanford Financial Group Company and Stanford       COUNTERCLAIMS
    Group Company,
15                                                      Existing Date: May 8, 2009
                        Defendants.                     Stipulated Date: June 12, 2009
16
                                                        Hon. Charles R. Breyer
17

18
            Pursuant to Civil L.R. 7-7(a) and the Court's Standing Order, all parties to this action, by
19
    and through their respective counsel or record, hereby stipulate as follows:
20
            On February 13, 2009, Defendant Stanford Group Company filed a document containing
21
    six counterclaims against Plaintiff Stanford University ("Stanford").  Document No. 78.  After
22
    the Northern District of Texas entered an order freezing the assets of Defendants Stanford
23
    Financial Group Company and Stanford Group Company (the "Defendants") and appointed a
24
    Receiver to exercise control and possession of the Defendants' assets (the "Receiver"), on
25
    February 24, 2009 the Court entered an order granting the parties' request to extend Stanford's
26
    time to respond to Stanford Group Company's counterclaims to May 8, 2009.  Document No. 87
27
            Since that order was entered, Stanford and the Receiver have engaged in settlement
28

Case No. 3:08-cv-04950 CRB

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
DEFENDANT STANFORD GROUP COMPANY'S COUNTERCLAIMS
A/73016159.1/2004678-0000332067

1   discussions and are working to finalize a resolution of this action.  While the parties have been

2   working diligently to reach a resolution, it is unlikely that a final agreement can be reached

3   before the May 8, 2009 deadline for Stanford's response to Defendant Stanford Group

4   Company's counterclaims.  To provide the parties time to resolve their disputes, Stanford and the

5   Receiver wish to extend the time for Stanford to respond to Stanford Group Company's

6   counterclaims to June 12, 2009.  Further, the parties wish to extend the time for the Defendants

7   to respond to pending discovery requests from May 4, 2009 to June 5, 2009.

8           NOW THEREFORE, IT IS SO STIPULATED between the parties that there is good

9   cause for the Court to enter an order extending the time for Stanford to respond to Stanford

10  Group Company's counterclaims from May 8, 2009 to June 12, 2009.

11          IT IS FURTHER STIPULATED that the time for the Defendants to respond to pending

12  discovery requests is extended from May 4, 2009 to June 5, 2009.

13
    DATED:  April 30, 2009
14

15                                              Bingham McCutchen LLP

16

17
                                                By: /s/ William F. Abrams
18                                              _____
                                                    William F. Abrams
19                                                  Bingham McCutchen LLP

20                                                  Attorneys for Plaintiff
                                                    The Board of Trustees of The Leland
21                                                  Stanford Junior University

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
DEFENDANT STANFORD GROUP COMPANY'S COUNTERCLAIMS
A/73016159.1/2004678-0000332067

1    DATED:  April 30, 2009

2                                           Thompson & Knight LLP

3

4

5                                           By: /s/ Jessica B. Magee
                                            Jessica B. Magee
6                                           Thompson & Knight, LLP

7
                                            Attorneys for the Receiver for Defendants
8                                           Stanford Financial Group Company and
                                            Stanford Group Company
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:08-cv-04950 CRB                        3

A/73016159.1/2004678-0000332067

1      **NOW THEREFORE, IT IS HEREBY ORDERED THAT** the time for Stanford to

2  respond to Defendant Stanford Group Company's counterclaims is extended from May 8, 2009

3  to June 12, 2009.

4      **IT IS FURTHER ORDERED** that the time for the Defendants to respond to pending

5  discovery requests is extended from May 4, 2009 to June 5, 2009.

6

7

8  DATED:  May 4, 2009

9                    The Honorable Charles R. Breyer
                          UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
DEFENDANT STANFORD GROUP COMPANY'S COUNTERCLAIMS
A/73016159.1/2004678-0000332067

1 **PROOF OF SERVICE**

2    I hereby certify that on April 30, 2009, I caused a true and correct copy of the document

3 entitled STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO

4 DEFENDANT STANFORD GROUP COMPANY'S COUNTERCLAIMS, to be electronically

5 filed in accordance with Civil L.R. 5-5(b) and General Order No. 45.  Accordingly, all counsel of

6 record who are deemed to have consented to electronic service were served with true and correct

7 copies of the above documents via the Court's CM/ECF system.  All counsel of record not

8 deemed to have consented to electronic service were served with a true and correct copy of the

9 above document via U.S. Mail, addressed as follows:

10
11    Ralph Janvey, Esq.
     Krage & Janvey, LLP
12    2100 Ross Avenue, Suite 2600
     Dallas, TX 75201
13    214-969-7500 (phone)
     (RECEIVER)

14    Jessica B. Magee, Esq.
15    Thompson & Knight, LLP
     One Arts Plaza
16    1722 Routh Street
     Suite 1500
17    Dallas, TX 75201
     214-969-1539 (phone)
18    (COUNSEL FOR RECEIVER)

19

20

21    DATED:  April 30, 2009
22

23                                   /s/ William F. Abrams
                                      William F. Abrams
24

25

26

27

28