| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | WILLIAM F. ABRAMS (CA SBN 88805) |
| 2 | MIT WINTER (CA SBN 238515) |
|   | 1900 University Avenue |
| 3 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  650.849.4400 |
| 4 | william.abrams@bingham.com |
| 5 | Attorneys for Plaintiff |
|   | The Board of Trustees of The Leland Stanford Junior |
| 6 | University |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| The Board of Trustees of The Leland Stanford Junior University, | No. 3:08-cv-04950 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO SHOW CAUSE, CONTINUING HEARING DATES ON PENDING MOTIONS, AND EXTENDING TIME TO RESPOND TO DEFENDANT STANFORD GROUP COMPANY'S COUNTERCLAIMS** |
| v. | |
| Stanford Financial Group Company and Stanford Group Company, | |
| Defendants. | |
| | Hearing to Show Cause: |
| | Existing Date: August 28, 2009 |
| | Stipulated Date: September 25, 2009 |
| | Time: 10:00 a.m. |
| | Ctrm: 8 |
| | |
| | Pending Motions: |
| | Existing Date:  September 25, 2009 |
| | Stipulated Date: October 23, 2009 |
| | |
| | Response to Counterclaims: |
| | Existing Date:  September 11, 2009 |
| | Stipulated Date:  October 9, 2009 |
| | |
| | Hon. Charles R. Breyer |

Case No. 3:08-cv-04950 CRB

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO SHOW CAUSE
A/73042774.1/2004678- 0000332067A/73011663.1/2004678-0000332067

Pursuant to Civil L.R. 7-7(a) and the Court's Standing Order, all parties to this action, by and through their respective counsel of record, hereby stipulate as follows:

On March 25, 2009, the Court entered an Order to Show Cause requiring the Receiver appointed by the Northern District of Texas to exercise control and possession of the Defendants' assets (the "Receiver") to appear before the Court on April 24, 2009 to explain its contention that further proceedings in this action are barred and why this action should not proceed. Document No. 103. In addition, the Court directed the Receiver and the Plaintiff Stanford University ("Stanford") to file a Joint Case Management Conference Statement on or before April 17, 2009. On April 17, 2009, the Court entered an order granting the parties' request to continue the hearing to show cause from April 24 to May 29 and directing the parties to file the Joint Case Management Conference Statement on or before May 22, 2009. Document No. 106. Thereafter, upon the parties' request, orders were entered by the Court on May 22, 2009, June 18, 2009, and July 17, 2009 which continued the hearing to show cause to August 28, 2009 and directed the parties to file the Joint Case Management Conference Statement on or before August 21, 2009. Documents No. 110, 112, and 114.

Since the Court entered the May 22, 2009, June 18, 2009, and July 17, 2009 orders continuing the hearing to show cause, the parties continued to exchange draft documentation regarding the resolution. The parties now believe that they are close to completing the settlement process, but need a brief additional amount of time to review and finalize the agreement. While the parties have worked diligently to reach a resolution and finalize a settlement agreement, it is unlikely that this process can be completed before the August 21, 2009 filing deadline for the Joint Case Management Conference Statement or the August 28, 2009 date for the hearing to show cause.

To provide the parties time to finish the settlement process and to finalize the settlement documentation, Stanford and the Receiver wish to continue the date of the hearing to show cause to September 25, 2009 and to continue the filing date for the Joint Case Management Conference Statement to September 18, 2009. Additionally, Stanford and the Receiver wish to reset the hearing dates for the Defendants' five pending motions, which are all currently set for September

Case No. 3:08-cv-04950 CRB                                    2

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO SHOW CAUSE
A/73042774.1/2004678- 0000332067A/73011663.1/2004678-0000332067

25, 2009, to October 23, 2009, with opposition and reply dates to run from the later, re-scheduled date pursuant to Civil L.R. 7-3, to extend the time for Stanford to respond to Defendant Stanford Group Company's counterclaims from September 11, 2009 to October 9, 2009, and to extend the time for the Defendants to respond to pending discovery requests from September 4, 2009 to October 2, 2009.

NOW THEREFORE, IT IS SO STIPULATED between the parties that there is good cause for the Court to enter an order resetting the date for the Hearing to Show Cause, which is currently set for August 28, 2009, to September 25, 2009.

IT IS FURTHER STIPULATED between the parties that there is good cause to enter an order resetting the filing date for the Joint Case Management Conference Statement, which is currently set for August 21, 2009, to September 18, 2009.

IT IS FURTHER STIPULATED between the parties that there is good cause for the Court to enter an order to reset the hearing dates for Stanford Financial Group Company's Motion to Dismiss in Part for Lack of Personal Jurisdiction (Doc. No. 57), Stanford Group Company's Motion to Dismiss the First Amended Complaint For Failure to State a Claim on Which Relief Can be Granted (Doc. No. 62), Stanford Financial Group Company's Motion for Judgment on the Pleadings and to Dismiss the First Amended Complaint (Doc. No. 66), Stanford Financial Group Company's Motion to Dismiss a Portion of the First Amended Complaint for Lack of Subject-Matter Jurisdiction (Doc. No. 74), and Stanford Financial Group Company's Motion for Partial Summary Judgment (Doc. No. 80), which are all currently set for September 25, 2009, to October 23, 2009, with opposition and reply dates to run from the later, re-scheduled date pursuant to Civil L.R. 7-3.

IT IS FURTHER STIPULATED between the parties that there is good cause for the Court to enter an order extending the time for Stanford to respond to Stanford Group Company's counterclaims from September 11, 2009 to October 9, 2009.

//

//

Case No. 3:08-cv-04950 CRB    3

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO SHOW CAUSE
A/73042774.1/2004678- 0000332067A/73011663.1/2004678-0000332067

1    IT IS FURTHER STIPULATED that the time for the Defendants to respond to pending
2 discovery requests is extended from September 4, 2009 to October 2, 2009.

3
DATED: August 20, 2009
4

5                                                                  Bingham McCutchen LLP

6

7
                                                                   By: /s/ William F. Abrams
8                                                                       William F. Abrams
                                                                        Bingham McCutchen LLP
9
                                                                   Attorneys for Plaintiff
10                                                                 The Board of Trustees of The Leland
                                                                   Stanford Junior University
11

12   DATED: August 20, 2009

13
                                                                   Thompson & Knight LLP
14

15

16                                                                 By: /s/ Jessica B. Magee
                                                                        Jessica B. Magee
17                                                                      Thompson & Knight, LLP

18
                                                                   Attorneys for the Receiver for Defendants
19                                                                 Stanford Financial Group Company and
                                                                   Stanford Group Company
20

21

22

23

24

25

26

27

28

Case No. 3:08-cv-04950 CRB                                 4

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO SHOW CAUSE
A/73042774.1/2004678- 0000332067A/73011663.1/2004678-0000332067

1    **NOW THEREFORE, IT IS HEREBY ORDERED THAT** the Hearing to Show

2 Cause, currently set for August 28, 2009, is re-scheduled for hearing at 10:00 a.m. in Courtroom

3 8 on September 25, 2009.

4    **IT IS FURTHER ORDERED THAT** a Joint Case Management Conference Statement,

5 currently due to be filed on or before August 21, 2009, shall be filed on or before September 18,

6 2009.

7    **IT IS FURTHER ORDERED THAT** Stanford Financial Group Company's Motion to

8 Dismiss in Part for Lack of Personal Jurisdiction (Doc. No. 57), Stanford Group Company's

9 Motion to Dismiss the First Amended Complaint For Failure to State a Claim on Which Relief

10 Can be Granted (Doc. No. 62), Stanford Financial Group Company's Motion for Judgment on the

11 Pleadings and to Dismiss the First Amended Complaint (Doc. No. 66), Stanford Financial Group

12 Company's Motion to Dismiss a Portion of the First Amended Complaint for Lack of Subject-

13 Matter Jurisdiction (Doc. No. 74), and Stanford Financial Group Company's Motion for Partial

14 Summary Judgment (Doc. No. 80), set for hearing on September 25, 2009, are re-scheduled for

15 hearing at 10:00 a.m. in Courtroom 8 on October 23, 2009, with opposition and reply deadlines

16 to be based on the re-scheduled date.

17    **IT IS FURTHER ORDERED THAT** the time for Stanford to respond to Defendant

18 Stanford Group Company's counterclaims is extended from September 11, 2009 to October 9,

19 2009.

20    **IT IS FURTHER ORDERED** that the time for the Defendants to respond to pending

21 discovery requests is extended from September 4, 2009 to October 2, 2009.

25 DATED:  August 21, 2009

The Honorable
UNITED S[TATES DISTRICT JUDGE]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Case No. 3:08-cv-04950 CRB                5

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO SHOW CAUSE
A/73042774.1/2004678- 0000332067A/73011663.1/2004678-0000332067