1  Bingham McCutchen LLP
   WILLIAM F. ABRAMS (CA SBN 88805)
2  MIT WINTER (CA SBN 238515)
   1900 University Avenue
3  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
4  william.abrams@bingham.com

5  Attorneys for Plaintiff
   The Board of Trustees of The Leland Stanford Junior
6  University

7  Thompson & Knight LLP
   JESSICA B. MAGEE
8  One Arts Plaza
   1722 Routh Street, Suite 1500
9  Dallas, TX 75201
   Telephone: 214.969.1539
10 Jessica.Magee@tklaw.com

11 Attorneys for the Receiver for Defendants Stanford
   Financial Group Company and Stanford Group
12 Company

13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17
   The Board of Trustees of The Leland Stanford      No. 3:08-cv-04950 CRB
18 Junior University,
                                                     **JOINT STIPULATION OF**
19         Plaintiff,                                **DISMISSAL**
           v.
20
   Stanford Financial Group Company and Stanford
21 Group Company,

22         Defendants.

23

24

25         Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff The Board

26 of Trustees of The Leland Stanford Junior University and Defendants Stanford Financial Group

27 Company and Stanford Group Company, hereby jointly stipulate to the dismissal of all claims

28
   Case No. 3:08-cv-04950 CRB

   JOINT STIPULATION OF DISMISSAL
   A/73062978.1/2004678-0000332067

1  and counterclaims made in this action. Subject to the terms of the parties' settlement agreement,
2  such dismissal is with prejudice.  Each party shall bear its own costs and fees in this action.
3
4
5  DATED:  September 24, 2009           BINGHAM McCUTCHEN LLP
6
7
                                        By:_____/s/ William F. Abrams_____
8                                                William F. Abrams
                                        Attorneys for The Board of Trustees of The
9                                           Leland Stanford Junior University
10
11
   DATED:  September 24, 2009           THOMPSON & KNIGHT LLP
12
13
14                                      By:_____/s/ Jessica B. Magee_____
                                                 Jessica B. Magee
15                                      Attorneys for the Receiver for Stanford Financial
                                          Group Company and Stanford Group Company
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:08-cv-04950 CRB                      2

A/73062978.1/2004678-0000332067

JOINT STIPULATION OF DISMISSAL

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

2  I hereby certify that on September 24, 2009, I caused a true and correct copy of the
3  document entitled JOINT STIPULATION OF DISMISSAL to be electronically filed in
4  accordance with Civil L.R. 5-5(b) and General Order No. 45. Accordingly, all counsel of record
5  who are deemed to have consented to electronic service were served with true and correct copies
6  of the above documents via the Court's CM/ECF system. All counsel of record not deemed to
7  have consented to electronic service were served with a true and correct copy of the above
8  document via U.S. Mail, addressed as follows:

9  
10  Ralph Janvey, Esq.
     Krage & Janvey, LLP
11   2100 Ross Avenue, Suite 2600
     Dallas, TX 75201
12   214-969-7500 (phone)
     (RECEIVER)

13  Jessica B. Magee, Esq.
14  Thompson & Knight, LLP
    One Arts Plaza
15  1722 Routh Street
    Suite 1500
16  Dallas, TX 75201
    214-969-1539 (phone)
17  (COUNSEL FOR RECEIVER)

20  DATED: September 24, 2009

22                                          /s/ William F. Abrams
23                                          William F. Abrams